# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792-0048 • E: Jason@levinepstein.com

March 31, 2023

*Via Electronic Filing*
The Honorable Colleen McMahon, U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

*[Handwritten: OK - adj'rn to 05/11/23 at 10:15am / Colleen McMahon / 4/3/23]*

Re:  *Altamirano v. 127 Fourth Avenue Restaurant LLC et al*
     Case No. 1: 22-cv-10500-CM

Dear Honorable Judge McMahon,

This law firm represents Plaintiff Jaime Altamirano (the "Plaintiff") in the above-referenced matter.

Pursuant to Your Honor's Individual Motion Practice Rules I(D), this letter respectfully serves to request an adjournment of the Initial Case Conference scheduled for April 6, 2023. [Dckt. No. 6].

The basis of this request is that the Defendants have not appeared.

Plaintiff's process servers are in the process of finalizing service on Defendants. Plaintiff intends to proceed with the action once Defendants have appeared, or alternatively, proceed with the filing of a motion for default judgment, in the event of Defendants' continued non-appearance.

Thank you, in advance, for your time and attention to this matter.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
    Jason Mizrahi
    60 East 42nd Street, Suite 4700
    New York, New York 10165
    Tel. No.: (212) 792-0048
    Email: Jason@levinepstein.com
    *Attorneys for Plaintiff*

VIA ECF: All Counsel

Encl.