# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792-0048 • E: Jason@levinepstein.com

May 8, 2023

***Via Electronic Filing***
The Honorable Colleen McMahon, U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:   *Altamirano v. 127 Fourth Avenue Restaurant LLC et al*
> Case No. 1:22-cv-10500-CM

Dear Honorable Judge McMahon,

This law firm represents Plaintiff Jaime Altamirano (the "Plaintiff") in the above-referenced matter.

Pursuant to Your Honor's Individual Motion Practice Rules I(D), this letter respectfully serves to request an adjournment of the Initial Case Conference scheduled for May 11, 2023. [Dckt. No. 8].

The basis of this request is that the Defendants have not appeared.

Plaintiff's process servers are in the process of finalizing service on Defendants. Plaintiff intends to proceed with the action once Defendants have appeared, or alternatively, proceed with the filing of a motion for default judgment, in the event of Defendants' continued non-appearance.

Thank you, in advance, for your time and attention to this matter.

MEMO ENDORSED

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

OK, Conference adjourned.

*Collen M Mc*
5/8/2023

By: */s/ Jason Mizrahi*
     Jason Mizrahi, Esq.
     60 East 42nd Street, Suite 4700
     New York, New York 10165
     Tel. No.: (212) 792-0048
     Email: Jason@levinepstein.com
     *Attorneys for Plaintiff*

VIA ECF: All Counsel

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/2023