USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

Jaime Altamirano, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

              Plaintiff,

-against-

127 Fourth Avenue Restaurant LLC (d/b/a Mocha Red Steakhouse + Mixology Bar), and Naphtaly Abenaim,

              Defendants.

ECF Case

1:22-cv-10500 (CM)

**NOTICE OF MOTION TO VACATE CERTIFICATES OF DEFAULT AND EXTEND DEFENDANTS' TIME TO ANSWER MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

MEMO ENDORSED

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 55(c) and upon the Declaration of Bryn Goodman, Esq. dated June 12, 2023 with its Exhibits, and attached Memorandum of Law of Defendants 127 Fourth Avenue Restaurant LLC and Naphtaly Abenaim ("Defendants") in Support of Motion to Vacate Certificates of Default and Extend Defendants' Time to Answer, Move, or Otherwise Respond to the Complaint, Defendants will move this Court before the Honorable Judge Colleen McMahon in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St. New York, NY 10007, on a date and at a time to be set by the Court for an Order (a) directing the Clerk of the Court to vacate both Certificates of Default entered May 1, 2023 and June 8, 2023, and (b) extending Defendants' time to answer, move, or otherwise respond to the Complaint up to and including Thursday, June 29, 2023, and for such other and further relief as the Court may deem just and proper, on the grounds that there was no willful default herein by

---

*Handwritten endorsement:*

6/13/2023 — There is no need for any response to this motion. I never press a default once a party shows up and I refuse to condition the matter on waiver of defenses. Therefore, the Clerk of Court is directed to vacate the certificates of default. Defendants have until June 29 to answer or move w/r/to the complaint. [signature]

146579202.2

Defendants, Defendants have meritorious defenses and Plaintiff has not suffered and will not suffer any prejudice.

Dated: New York, New York
June 12, 2023

**FOX ROTHSCHILD LLP**

Richard I. Scharlat
Bryn Goodman
101 Park Avenue, Suite 1700
New York, New York 10178
Telephone: (212) 878-7900
Email: rscharlat@foxrothschild.com
Email: bgoodman@foxrothschild.com
*Attorneys for Defendants*

TO: All Counsel via ECF