UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
Jaime Altamirano, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

          *Plaintiffs,*

-against-

127 Fourth Avenue Restaurant LLC (d/b/a Mocha Red Steakhouse + Mixology Bar), and Naphtaly Abenaim,

          *Defendants.*
----------------------------------------------------------X

Case No.: 1:22-cv-10500

~~PROPOSED~~ JUDGMENT



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2023

On November 9, 2023, Plaintiff Jaime Altamirano (the "Plaintiff") filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED that the Plaintiff has judgment against Defendant 127 Fourth Avenue Restaurant LLC (d/b/a Mocha Red Steakhouse + Mixology Bar), (the "Defendant"), in the amount of Six Thousand Five Hundred Dollars and Zero Cents ($6,500.00) which is inclusive of attorneys' fees and costs and any other fees, costs, and/or disbursements.

This judgment is intended to resolve, in full satisfaction, all of Plaintiff's claims as alleged or which could have been alleged in the Complaint pertaining to this Action, including any damages Plaintiff asserted or could have asserted in this Action, including but not limited to, any claims Plaintiff may have for monetary damages, backpay, front pay, liquidated damages, penalties, and any fees, costs, and/or reasonable attorneys' fees.

The payment amount shall be paid on or before a date within fourteen (14) days of the date of this Judgment.

Dated: 9 November 2023

*[signature]*

HON. JUDGE COLLEEN MCMAHON