

**Fox Rothschild** LLP
ATTORNEYS AT LAW

101 Park Avenue, 17th Floor
New York, NY 10178
Tel 212.878.7900 Fax 212.692.0940
www.foxrothschild.com

BRYN GOODMAN
Direct No: 212.878.7975
Email: BGoodman@FoxRothschild.com

MEMO ENDORSED

*The case should be closed as to all parties.*

*[signature] Colleen McMahon*

November 14, 2023

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/27/23

Dear Judge McMahon:

Re:    **Altamirano v. 127 Fourth Ave. Restaurant LLC, et al.
       (SDNY 1:22-cv-10500-CM) (the "Action")**

We represent Defendants 127 Fourth Avenue Restaurant LLC and Naphtaly Abenaim in connection with the referenced matter. Pursuant to Your Honor's Individual Practice and Procedures Section I.A. we write to request clarification with respect to Docket No. 35, a Judgment Ordered on November 13, 2023 (the "Order"). The Order entered judgment in connection with an accepted Offer of Judgment and dismissed only the corporate defendant 127 Fourth Avenue. However, by its express terms, the Offer of Judgment states that it is intended to discharge all parties in the Action (including the individual defendant Naphtaly Abenaim), and not just 127 Fourth Avenue.

On November 9, 2023, Plaintiff's counsel filed notice of acceptance of an Offer of Judgment (Docket No. 33). Attached to Plaintiff's Notice of Acceptance (as Exhibit A) was the accepted Offer of Judgment. For ease of reference, enclosed with this letter as Exhibit 1 is another copy of the accepted Offer of Judgment (Docket No. 33, Ex. A). As Your Honor will note, the Offer of Judgment states that the amount "is in full and final settlement of all of Plaintiff's claims against **Defendant and Naphtaly Abenaim** arising out, alleged in, or related to the facts and transactions in the Action." (Emphasis added.) The Offer of Judgment further indicates that acceptance of the offer will "act to release and **discharge Defendants**." (Emphasis added.)

Consistent with the Offer of Judgment that was made and accepted, the Court ordered that the "judgment is intended to resolve, in full satisfaction, all of Plaintiff's claims as alleged or which could have been alleged in the Complaint pertaining to this Action." However, the Court only



**Fox Rothschild** LLP
ATTORNEYS AT LAW

The Honorable Colleen McMahon
November 14, 2023
Page **2** of **2**

ordered the termination of Defendant 127 Fourth Avenue Restaurant LLC from the Action (Docket No. 35). Therefore, we write to clarify that pursuant to the Offer of Judgment made, accepted, and filed, all claims are resolved, and we respectfully request that the Court terminate individual defendant Naphtaly Abenaim from the Action.

Thank you for your time and attention to this matter.

Respectfully submitted,

Bryn Goodman